## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA PRESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-05-1343-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 27] of United States Magistrate Judge Valerie K. Couch entered September 22, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 27] is ADOPTED in its entirety, Plaintiff's application for an award of attorney fees is GRANTED and Plaintiff is entitled to an award of reasonable attorney fees in the amount of $3,953.00.

**It is so ordered this 31st day of October, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE